DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GARRETT ROSS WEINSTEIN,**
Appellant,

v.

**MONICA MARIA MORENO,**
Appellee.

No. 4D2025-2412

[May 14, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Lauren Alperstein, Judge; L.T. Case No. 062023DR013761AXXXCE.

Adam B. Swickle of Swickle & Associates, PLLC, Fort Lauderdale, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and LOTT, JJ., concur.

\*            \*            \*

***Not final until disposition of timely-filed motion for rehearing.***